IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WREN THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-3292 |
| | § | |
| CHEVRON USA INC., *et al*. | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On January 9, 2015, Wren Thomas moved for an "expedited" or "emergency" hearing on his motion to abate, (Docket Entry No. 13), and his motion to remand or dismiss, (Docket Entry No. 14). (Docket Entry No. 22). The defendants must respond to the motion for expedited treatment and hearing no later than January 20, 2015.

SIGNED on January 9, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge