**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| WREN THOMAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-3292 |
| | § | |
| CHEVRON USA INC., *et al*. | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons stated in the court's Memorandum and Order of even date, this action is dismissed.  The claims against OSV are dismissed without prejudice.  The claims against Chevron are dismissed with prejudice.

SIGNED on July 29, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge